

attorneys & counselors at law • rampagelaw.com

San Antonio | Austin | Rio Grande Valley

2500 W. William Cannon, Suite 609 | Austin, Texas 78745-5320
V 512-279-6431 | F 512-279-6438

January 27, 2015

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

**Via Overnight Mail**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

**JAN 28 2015**

CHRISTOPHER A. PRINE
CLERK

Attn: Jesse

Re:     *Bob Deuell v. Texas Right to Life Committee, Inc.*
        COA Case No. 01-15-00011-CV (First Court of Appeals)
        Trial Cause No. 2014-32179 (152nd Judicial District Court of Harris County, Tx)

Dear Sir:

With regard to the above-referenced matter, please accept this as Appellant's formal request for a copy of the Clerk's Record which was filed with the Court on January 26, 2015. Enclosed is our firm's check for One Dollar ($1.00), made payable to the First Court of Appeals, as payment for the CD containing said Record.

Also enclosed is a completed Federal Express airbill for the immediate return of the CD as this matter is based upon an accelerated appeal. Please use the Federal Express "Reusable Envelope" for said return.

If you have any questions, please contact our office at (512) 279-6431. Thank you.

Very truly yours,

Denton Navarro Rocha Bernal Hyde & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

SCOTT M. TSCHIRHART

SMT/ha
Enclosure: As stated.

---

Serving all of Texas from our San Antonio, Austin and Rio Grande Valley offices